# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

To:      Clerk, Bankruptcy Court - *Butte, Montana*

Debtor(s):    **JOHN PATRICK STOKES**

BAP No.:    **MT-10-1291**
Bk. Ct. No.:   09-60265-RBK          RE: *Notice of Appeal Filed on 07/30/10*

The Bankruptcy Appellate Panel has received and docketed the notice of appeal referenced in the attached transmittal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

### IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS

Susan M Spraul, BAP Clerk

By: Vincent Barbato, Deputy Clerk
Date: August 10, 2010

    A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:

       [PAID]   No Filing Fees paid      [PAID: 07/30/10; RECEIPT#: 1206374]
       [X]   No Designation of Record
       [X]   No Statement of Issues
       [X]   No Notice Regarding the Transcript
       [ ]   No Reporter's Transcript(s)

           Reporter name:_____
           phone:_____
           Judge:_____
           Transcript date(s):_____

       [ ]   No Transcript Fees paid
       [ ]   Extension of Time Granted to Reporter:
           New deadline:_____
       [ ]   Other:_____

    B) DEPUTY CLERK PROCESSING THIS APPEAL

         1. Name: *Kathy Schelin*
         2. Phone: (406) 497-1247
         3. Date: 8/13/10

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA
400 N MAIN, RM 303
BUTTE, MT 59701

In re

JOHN PATRICK STOKES                  Case No. 09-60265-7

         Debtor

BAP# MT 10-1291

TRANSMITTAL FORM

TO:     BAP
        125 S GRAND AVE
        PASADENA CA 91105

FROM:   U.S. Bankruptcy Court
         for the District of Montana
         District 0977

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY APP PANEL
OF THE NINTH CIRCUIT
AUG 05 2010
FILED
DOCKETED 8/5/10
DATE
v.j.b.
INITIAL

| | |
|---|---|
| Case Name | JOHN PATRICK STOKES |
| Bankruptcy Case No | 09-60265-7 |
| Bankruptcy Judge | Honorable Ralph B Kirscher |
| Date Bankruptcy Petition was filed | 3/4/09 |
| Date Notice of Appeal was filed | 7/30/10 |
| Date of Entry of Order Appealed from | 7/16/10 |
| Date Notice of Appeal and Notice of Objection Period mailed to parties | 8/2/10 |
| Date of Transmittal | 8/2/10 |
| Filing Fee | Paid |

                                       By the Clerk of Court
                                       Bernard F. McCarthy

                                       By:/s/Kathy Schelin
                                       Deputy Clerk

cc: BAP

( 1 )